MICHAEL GEDEON *v.* FIRST NATIONAL
SUPERMARKETS, INC.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Peter Schwartz,* in support of the petition.

*Sydney T. Schulman,* in opposition.

Decided March 22, 1989

STATE OF CONNECTICUT *v.* WILLIE E. THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 490, is denied.

*John S. Pinney,* in support of the petition.

*Mary H. Lesser,* in opposition.

Decided March 22, 1989

RONNIE BRAUN *v.* HERBERT R. EDELSTEIN

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 658, is denied.

*James M. S. Ullman,* in support of the petition.

Decided April 20, 1989

STATE OF CONNECTICUT *v.* JOSE MARINO

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 677, is denied.

*John F. Kavanewsky, Jr.,* in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided April 20, 1989